No. 490. TRICO PRODUCTS CORP. *v.* COMMISSIONER OF INTERNAL REVENUE. January 17, 1944. MR. JUSTICE JACKSON took no part in the consideration or decision of this application. 320 U. S. 799.

No. 29. MAGNOLIA PETROLEUM Co. *v.* HUNT. January 17, 1944. 320 U. S. 430.

No. 492. EQUITABLE LIFE ASSURANCE SOCIETY *v.* COMMISSIONER OF INTERNAL REVENUE. January 17, 1944.

No. 502. SMITH ET AL., CO-PARTNERS, TRADING AS THOMSON & McKINNON, *v.* LUMMUS, TAX ASSESSOR, ET AL. January 17, 1944. 320 U. S. 717.

No. —. EX PARTE H. ELY GOLDSMITH. January 31, 1944. The applications to individual Justices have been considered by them individually and they are denied. 320 U. S. 719.

No. 43. INTERSTATE COMMERCE COMMISSION ET AL. *v.* HOBOKEN MANUFACTURERS' RAILROAD Co.; and

No. 56. ATLANTIC REFINING Co. *v.* MOLLER. January 31, 1944. 320 U. S. 368, 462.

No. 553. BRAZEL *v.* JACKSON, WARDEN. January 31, 1944. 320 U. S. 804.

No. 4. HILL, ADMINISTRATOR, *v.* HAWES ET AL., TRUSTEES. January 31, 1944. 320 U. S. 520.